AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| DANA PASQUALE | ) |
| *Plaintiff* | ) ) |
| v. | ) Civil Action No. |
| WELTMAN, WEINBERG & REIS | ) |
| | ) CV 11-02574 HRL |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Weltman, Weinberg and Reis
1820 East Garvey Avenue
Suite 107
Santa Ana CA 92705

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Christopher G. Addy
Krohn & Moss, Ltd.
10474 Santa Monica Blvd
Suite 401
Los Angeles, CA 90025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT *Richard W. Wieking*

Date: MAY 2 7 2011

CITA F. ESCOLANO
*Signature of Clerk or Deputy Clerk*