**\*E-FILED 08-03-2011\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANA PASQUALE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WELTMAN, WEINBERG & REIS,<br><br>　　　　Defendant.<br>_____/ | No. C11-02574 HRL<br><br>**CLERK'S NOTICE RE INITIAL CASE MANAGEMENT CONFERENCE** |

　　　　PLEASE TAKE NOTICE THAT, in view of the court's unavailability, the initial case management conference set for August 16, 2011 has been **continued to August 30, 2011, 1:30 p.m.** in Courtroom 2, United States District Court, 280 South First Street, San Jose, California. All related deadlines are adjusted accordingly.

Dated:　August 3, 2011

/s/<br>
Chambers of Magistrate Judge Howard R. Lloyd

1  5:11-cv-02574-HRL Notice has been electronically mailed to:

2  Christopher G. Addy     caddy@consumerlawcenter.com, akrohn@consumerlawcenter.com, courtfiling@consumerlawcenter.com

3

4  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**United States District Court**
For the Northern District of California

2