UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Dana Pasquale,<br><br>        Plaintiff,<br><br> v.<br><br>Weltman, Weinberg & Reis,<br><br>        Defendant.             / | No. C11-02574<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

       The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

       PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for August 30, 2011 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated:  August 22, 2011
                                          RICHARD W. WIEKING,
                                          United States District Court

                                          */s/ Patty Cromwell*
                                          By: Patty Cromwell
                                          Courtroom Deputy Clerk to
                                          Magistrate Judge Howard R. Lloyd

1 THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:
2
3
4
Christopher G. Addy     caddy@consumerlawcenter.com, akrohn@consumerlawcenter.com,
5 courtfiling@consumerlawcenter.com
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28