Christopher Addy (SBN: 256044)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400 x 271
F: (866) 799-3206
caddy@consumerlawcenter.com
Attorney for Plaintiff,
DANA PASQUALE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

DANA PASQUALE,                          )   **Case No.: 5:11-cv-02574-HRL**
                                        )
              Plaintiff,                )   **NOTICE OF SETTLEMENT**
                                        )
       v.                               )
                                        )
WELTMAN, WEINBERG & REIS                )
                                        )
              Defendant.                )
_____)

       NOW COMES the Plaintiff, DANA PASQUALE, by and through the undersigned

counsel and hereby informs the court that a settlement of the present matter has been reached and

is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the

next 40 days.

       Plaintiff therefore requests that this honorable Court vacate all dates currently set on

calendar for the present matter.

                              Respectfully Submitted,

Dated: August 26, 2011          By: /s/ Christopher Addy____
                                    Christopher Addy
                                    Attorney for Plaintiff

- 1 -

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 26, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on August 26, 2011, I served Eileen Bitterman with a copy of this document by e-mailing a copy to e-mail address ebitterman@weltman.com

<u>s/ Christopher Addy</u>
Christopher Addy
Attorney for Plaintiff

- 2 -