*E-Filed 8/29/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PASQUALE,　　　　　　　　　　　　　　　　　　No. C 11-02574 RS

　　　　Plaintiff,

　v.　　　　　　　　　　　　　　　　　　　　　　**CLERK'S NOTICE**

WELTMAN, WEINBERG & REIS,

　　　　Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

　　A Case Management Conference in the instant case shall be held on **October 27, 2011 at 10:00 a.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco. The parties shall file a Joint Case Management Statement at least one week prior to the Conference. *See* Standing Order Re: Initial Case Management (*available at* http://www.cand.uscourts.gov/pages/424). Parties or counsel may appear personally or file a request to appear by telephone. If any party files such a request, all parties shall appear telephonically and must contact Court Conference at 866/582-6878 at least one week prior to the Conference.

Dated: 8/29/11　　　　　　　　　　　　　　　　For the Court,
　　　　　　　　　　　　　　　　　　　　　　　　RICHARD W. WIEKING, Clerk


By: *Corinne Lew*
Courtroom Deputy Clerk