*E-Filed 9/23/11*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| DANA PASQUALE, | ) Case No.: **5:11-cv-02574-RS** |
| Plaintiff, | ) **{PROPOSED} ORDER** |
| v. | ) |
| WELTMAN, WEINBERG & REIS, | ) |
| Defendant. | ) |

**PROPOSED ORDER OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF**

THIS CAUSE CAME TO BE HEARD upon Plaintiff's Notice to Substitute Counsel. Having considered the matter and for good cause shown, IT IS HEREBY ORDERED that Plaintiff's Substitution of Counsel shall be granted.

DATED: __9/23/11_____        BY: _____[signature]_____
                                  Hon: Richard Seeborg