*E-Filed 9/23/11*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| DANA PASQUALE, | ) Case No.: **5:11-cv-02574-RS** |
| Plaintiff, | ) **{PROPOSED} ORDER** |
| v. | ) |
| WELTMAN, WEINBERG & REIS, | ) |
| Defendant. | ) |

### ~~PROPOSED~~ ORDER OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF

THIS CAUSE CAME TO BE HEARD upon Plaintiff's Notice to Substitute Counsel. Having considered the matter and for good cause shown, IT IS HEREBY ORDERED that Plaintiff's Substitution of Counsel shall be granted.

DATED: 9/23/11          BY: _/s/ Richard Seeborg_
                        Hon: Richard Seeborg