Nicholas Bontrager (SBN: 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400 x 271
F: (866) 799-3206
nbontrager@consumerlawcenter.com
Attorney for Plaintiff,
DANA PASQUALE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| DANA PASQUALE, | Case No.: 5:11-cv-02574-HRL |
| Plaintiff, | **VOLUNTARY DISMISSAL** |
| v. | |
| WELTMAN, WEINBERG & REIS | |
| Defendant. | |

    Plaintiff, DANA PASQUALE, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

                                                    Respectfully Submitted,

Dated: October 20, 2011        By: /s/ Nicholas Bontrager
                                            Nicholas Bontrager, Esq.
                                            Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2011, I electronically filed the foregoing Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. I further certify that on October 20, 2011, I served Eileen Bitterman with a copy of this document by e-mailing a copy to e-mail address ebitterman@weltman.com

/s/ Nicholas Bontrager  
Nicholas Bontrager, Esq.  
Attorney for Plaintiff
